# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOCLAIR, # A60451, Plaintiff, vs. JACQUELINE LASHBROOK, SUSAN HILL, DIRECTOR JOHN BALDWIN, and ANN CAHR, Defendants. | Case No. 18-cv-586-NJR |

## JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, District Judge:**

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing. The action is **DISMISSED with prejudice,** and the parties shall bear their own costs. Any intended state law claims are dismissed without prejudice to Plaintiff pursuing relief in Illinois state court. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: April 2, 2018

JUSTINE FLANAGAN, ACTING CLERK

By: s/ *Deana Brinkley*
Deputy Clerk

**APPROVED:** _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**